1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   TINA L. GUTIERREZ,                         No. C 09-3260 WHA (PR)

11                  Petitioner,                 **ORDER OF DISMISSAL**

12     vs.

13   LEO CESNEY CENTER,

14                  Respondent.
                                          /
15

16        This is a habeas case filed pro se by a state prisoner.  On July 24, 2009, the petition was

17   dismissed with leave to amend within thirty days.  In that order petitioner was warned that if

18   she did not amend within the time allowed the case would be dismissed.  She has not amended.

19        This case therefore is **DISMISSED** without prejudice.  The clerk shall close the file.

20        **IT IS SO ORDERED.**

21
     Dated: October  13 , 2009.
22                                              _____
                                                WILLIAM ALSUP
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28   G:\PRO-SE\WHA\HC.09\GUTIERREZ3260.DSM.wpd

**United States District Court**
For the Northern District of California